```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
7 WEST 21 LI LLC,                                                  :
                                                                   :
                            Plaintiff,                             :    25-CV-0849 (JAV)
                                                                   :
            -v-                                                    :    ORDER
                                                                   :
CLEMENT MOSSERI,                                                   :
                                                                   :
                            Defendant.                             :
-------------------------------------------------------------------X
```

JEANNETTE A. VARGAS, United States District Judge:

Defendant's request for a stay of this proceeding is DENIED. All communications with the Court shall be in accord with this Court's Individual Rules and Practices in Civil Pro Se Cases, a copy of which is attached, and all parties are expected to abide by those rules.

SO ORDERED.

Dated: February 19, 2025
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge